The PEOPLE OF THE STATE OF NEW YORK ex rel. LEO DUCHNOWSKI, Appellant, v NEW YORK STATE DIVISION OF PAROLE et al., Respondents. [997 NYS2d 638]—

In a proceeding pursuant to CPLR article 70 for a writ of habeas corpus, the petitioner appeals from a judgment of the Supreme Court, Nassau County (Calabrese, J.), entered October 2, 2013, which, after a hearing, denied the petition and dismissed the proceeding.

Ordered that the judgment is affirmed, without costs or disbursements.

Contrary to the petitioner's contention, the respondents demonstrated that he knowingly, intelligently, and voluntarily waived his right to a preliminary parole revocation hearing (*see* Executive Law § 259-i [3] [c] [i]; *Matter of White v New York State Div. of Parole*, 60 NY2d 920 [1983]; *People ex rel. Strickland v Miranda*, 264 AD2d 789, 789 [1999]; *People ex rel. Aquino v New York State Bd. of Parole*, 250 AD2d 789, 789 [1998]; *People ex rel. Romero v Johnson*, 122 AD2d 240, 241 [1986]; *cf. People ex rel. Melendez v Warden of Rikers Is. Correctional Facility*, 214 AD2d 301, 301-303 [1995]). Accordingly, the Supreme Court correctly denied the petition and dismissed the proceeding. Skelos, J.P., Dickerson, Austin and Maltese, JJ., concur.